IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

THEOPHILUS PORTER, *

    Plaintiff, *

v.   Case No. 5:25-cv-00245-MTT-ALS

    *

MACON STATE PRISON STAFF, et al,

    *

    Defendants.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated 12/23/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of December, 2025.

        David W. Bunt, Clerk

        s/ Raven K. Alston, Deputy Clerk